*E-FILED 7/7/2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORLITO B. SORIANO, | No. C09-00918 HRL |
| Plaintiff, | **ORDER SETTING DEADLINES FOR (1) PLAINTIFF'S CONSENT OR DECLINATION AND (2) SERVICE OF PROCESS** |
| v. | |
| BANK OF AMERICA, | |
| Defendant. | |
| _____/ | |

Pro se plaintiff Norlito Soriano appeared for the July 7, 2009 case management conference. Based upon the discussion at the conference, this court orders as follows:

1. No later than **July 17, 2009**, plaintiff shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. The forms are available from the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

2. Plaintiff has not yet effected service of the complaint and summons, and the time for such service has expired. Nevertheless, pursuant to Fed. R. Civ. P. 4(m), this court will give plaintiff 30 days from the date of this order (i.e., until **August 6, 2009**) in which to effect service of process.

SO ORDERED.

Dated: July 7, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-00918 HRL Notice will mailed to:**

Norlito B. Soriano, Sr.
1637 Honeysuckle Drive
San Jose, CA 95122

United States District Court
For the Northern District of California

2